157 A.3d 837

JACOBSEN DIAMOND CENTER, LLC, D/B/A ELITE DIAMOND CENTER, DIAMOND BY AMANDA JEWELRY, LLC, D/B/A ELITE DIAMOND CENTER, AND GEORGE FAHMY, PLAINTIFFS-PETITIONERS, v. ADT SECURITY SERVICES, INC., HONEYWELL INTERNATIONAL, INC., AND LACKA SAFE CORP. (A/K/A ORIGINAL SAFE & VAULT), DEFENDANTS-RESPONDENTS, AND TYCO INTERNATIONAL LTD. (A/K/A TYCO INTERNATIONAL (US) INC.), D/B/A TYCO FIRE AND SAFETY, DEFENDANTS, AND TELULAR CORP., UNITED WIRELESS HOLDINGS, INC. (A/K/A MOBITEX TECHNOLOGY, INC.), LENS CRAFTERS, INC., LUXOTTICA SPA, EDAX REALTY CORP., AND JOSEPH WHITE CO., DEFENDANTS.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001578–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.